# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KENNETH L. MARTIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HENDERSON POLICE DEPARTMENT, ET AL.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-00839-RFB-DJA<br><br>**ORDER** |

　　　This matter is before the Court on pro se prisoner Kenneth L. Martin's application to proceed in forma pauperis (IFP) and a civil rights complaint under 42 U.S.C. § 1983. (ECF Nos. 1, 1-1.)

　　　Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an incarcerated plaintiff seeking to proceed without paying the filing fee must complete an application to proceed IFP and attach (1) an inmate account statement for the past six months, and (2) a financial certificate from the institution where he is incarcerated certifying the amount of funds in plaintiff's inmate trust account at the institution. If the plaintiff has been incarcerated at the institution for fewer than six months, the certificate must show the account's activity for the shortened period. LSR 1-2.

　　　Here, Plaintiff's IFP application is incomplete because although he indicates in response to question 1 that he is not employed, he does not complete 1(b) that requests the date of last employment and the amount of the salary or wages per month that he received.

　　　Additionally, Plaintiff did not submit an inmate account statement for the past six months. The Court therefore will deny Plaintiff's IFP application without prejudice. Plaintiff must properly complete his IFP application or pay the full filing fee for this action. If Plaintiff chooses to file an IFP application, then he must file a complete application including all the documents referenced in this Order.

IT IS THEREFORE ORDERED that Plaintiff's Application to Proceed In Forma Pauperis (ECF No. 1) is **denied without prejudice**.

IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff a blank application to proceed in forma pauperis by an inmate as well as the accompanying instruction packet.

IT IS FURTHER ORDERED that by January 15, 2020, plaintiff must either: (1) file a complete application to proceed in forma pauperis, on the correct form with complete financial attachments, or (2) pay the full $400 fee for filing a civil action, which includes the $350 filing fee and the $50 administrative fee.

IT IS FURTHER ORDERED that failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: December 17, 2019.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE